IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERVICE STEEL WAREHOUSE CO., L.P. and COASTAL REALTY, L.L.C. | § § § | |
| V. | § | C.A. No. 09-691 |
| | § § | |
| ACE AMERICAN INSURANCE COMPANY | § § | JURY TRIAL REQUESTED |

## AGREED TAKE NOTHING JUDGMENT

On the 4-TH day of February, 2011, came on to be heard the above entitled and numbered cause, wherein Service Steel Warehouse Co., L.P. and Coastal Reality, LLC are the plaintiffs and ACE American Insurance Company is the defendant. Plaintiffs and defendant have moved this Court to enter a judgment because all matters of fact and issues of law in controversy between the parties have been fully and finally compromised and settled. This Agreed Take-Nothing Judgment being consistent with the settlement between plaintiffs and defendant, it is therefore:

ORDERED, ADJUDGED and DECREED that plaintiffs Service Steel Warehouse Co., L.P. and Coastal Reality, LLC take nothing by this suit against defendant ACE American Insurance Company.

It is further ORDERED, ADJUDGED and DECREED that all costs of Court and attorneys' fees are taxed against the party incurring same.

This judgment disposes of all claims with prejudice and is a FINAL JUDGMENT.

SIGNED this 4TH day of February, 2011.

_[signature]_
UNITED STATES DISTRICT JUDGE

Approved as to Form and Substance:

/s/ Joseph Ziemianski
Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
S.D. Texas Bar No. 25915

OF COUNSEL:

Tyler D. Henkel
S. D. Texas Bar No. 869678
Texas State Bar No. 24059923
COZEN O'CONNOR
One Houston Center
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ATTORNEYS FOR DEFENDANT,
ACE AMERICAN INSURANCE
COMPANY

CORNELL & PARDUE


/s/ James Cornell
State Bar No. 04834800
2727 Allen Parkway, Suite 1675
Houston, Texas 77019
Telephone: (713) 526-0500
Facsimile: (713) 526-7974

ATTORNEY FOR PLAINTIFFS,
SERVICE STEEL WAREHOUSE CO., L.P.
AND COASTAL REALITY, L.L.C.